# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DOLORES WHITE, | Case No. 1:24-cv-00633-JLT-SKO |
| Plaintiff, | **ORDER DENYING WITHOUT PREJUDICE AMENDED STIPULATED PROTECTIVE ORDER** |
| v. | |
| CAPITAL ONE, et al., | (Doc. 43) |
| Defendants. | |
| _____/ | |

## I. INTRODUCTION

On June 13, 2025, after their initial Stipulated Protective Order was denied without prejudice for failure to comply with Local Rule 141.1 (*see* Doc. 36), the parties filed a second request seeking Court approval of their proposed amended Stipulated Protective Order. (Doc. 43.) The Court has reviewed this proposed stipulated protective order and has determined that, in its current form, it again fails to comply with the Local Rules and cannot be granted. For the reasons set forth below, the Court DENIES *without prejudice* the parties' request to approve the stipulation and protective order.

**A.   The Protective Order Does Not Comply with Local Rule 141.1(c)**

As with the parties' initial proposed protective order, this proposed protective order does not comply with Rule 141.1(c)(1) of the Local Rules of the United States District Court, Eastern District of California. Local Rule 141.1(c)(1) requires "*[a] description of the types of information eligible for protection under the order, with the description provided in general terms sufficient to reveal the nature of the information.*" (emphasis added.)

The amended Stipulated Protective Order, in its current form, still does not comply with this requirement. It seeks to cover

> [I]nformation (regardless of how it is generated, stored, or maintained) or tangible things that qualify for protection under standards developed under Federal Rule of Civil Procedure 26(c) and/or applicable federal privileges. This material ***includes, but is not limited to***, Plaintiff's medical records, psychotherapeutic records, and mental health records; as well as Defendants' records containing non-public personal information (including information regarding Capital One's employees and customers), internal messaging services used to convey and discuss non-public business practices, and internal business policies and practices; and other similar confidential records designated as such.

(Doc. 43 at 3 (emphasis added).) With its inclusion of the phrase "includes, but is not limited to," the proposed protective order fails to comply with Local Rule 141.1(c)(1), which requires "[a] description of the types of information eligible for protection under the order, with the description provided in general terms sufficient to reveal the nature of the information." Without any additional qualification to the phrase "includes, but is not limited to" or the removal thereof, the proposed protective order does not sufficiently identify the types of information eligible for protection.

**B.    The Parties' Stipulated Protective Order is Denied <u>Without</u> Prejudice**

The parties may re-file a revised proposed stipulated protective order that complies with Local Rule 141.1(c)(1) and corrects the deficiency set forth in this order.

## II.    CONCLUSION AND ORDER

Based on the foregoing, IT IS HEREBY ORDERED that the parties' request for approval of their proposed amended Stipulated Protective Order (Doc. 43) is DENIED without prejudice to renewing the request.

IT IS SO ORDERED.

Dated:    **June 13, 2025**                              /s/ *Sheila K. Oberto*
                                                                            UNITED STATES MAGISTRATE JUDGE