UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| DOLORES WHITE, | No. 1:24-cv-00633-SKO |
| Plaintiff, | ORDER DIRECTING CLERK TO CLOSE THE CASE |
| v. | (Doc. 48) |
| CAPITAL ONE, N.A., et al., | |
| Defendants. | |

On February 24, 2026, the parties filed a joint stipulation dismissing the action with prejudice. (Doc. 48.) In light of the parties' stipulation, this action has been terminated, *see* Fed. R. Civ. P. 41(a)(1)(A)(ii); *Wilson v. City of San Jose*, 111 F.3d 688, 692 (9th Cir. 1997), and has been dismissed with prejudice. Accordingly, the Clerk of Court is directed to close this case.

IT IS SO ORDERED.

Dated: __**February 25, 2026**__          ___/s/ *Sheila K. Oberto*___
                                          UNITED STATES MAGISTRATE JUDGE